**Order filed October 6, 2022.**



**In The**

# Fourteenth Court of Appeals

———————————

## NO. 14-22-00518-CV

———————————

### TRACEY UBANII, Appellant

### V.

### NEXPOINT HICKORY LEASE CO, LLC DBA HICKORY CREEK RANCH, Appellee

---

**On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court Cause No. CV-2022-01359-JP**

---

## O R D E R

No reporter's record has been filed in this case. Appellant is proceeding without payment of costs. *See* Tex. R. Civ. P. 145. The official court reporter for the County Court at Law No. 2 informed this court that appellant had not submitted an order for a free reporter's record. On September 15, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of request for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Spain, Poissant, and Wilson.